**No. 67318.**—Falcon Sales Co. *v.* United States, protests 59/6811 and 59/25189 (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67319.**—E. W. Bruno Co., Inc. *v.* United States, protests 59/12471–15593 and 60/7669–15884 (New Orleans).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67320.**—Metropolitan Metal Sponge Mfg. Co. *v.* United States, protests 59/19051 and 60/2410 (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67321.**—Arbor Mfg. Corp. et al. *v.* United States, protests 60/12686, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67322.**—Mulco Products, Inc. *v.* United States, protests 61/6685, 62/10330, and 62/12013 (Philadelphia).